

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00088-CR

| | | |
|---|---|---|
| MOISES VALDEZ, JR., Appellant | § | On Appeal from County Criminal Court No. 1 |
| | § | of Tarrant County (1753103) |
| V. | § | November 9, 2023 |
| | § | Memorandum Opinion by Justice Wallach |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mike Wallach_____
Justice Mike Wallach